# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONEY A. GALLO

NO. 2023 KW 1069

**JANUARY 18, 2024**

---

In Re:    Toney A. Gallo, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1801969.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** See the action of this court in **State v. Gallo,** 2021-1264 (La. App. 1st Cir. 1/21/22), 2022 WL 190211 (unpublished), wherein this court denied relator's writ seeking review of the same ruling.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT